UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------X

PHILLIP MORRIS USA INC.

               Plaintiff,

- against -

MARLBORO EXPRESS, TOBACCO TRADERS AND TRUST, TIMOTHY FARNHAM, individually and doing business as Tobacco Traders and Trust and Marlboroexpress.com, MARY KIM JAMIESON, individually and doing business as Tobacco Traders and Trust and Marlboroexpress.com, NATIVE EXPRESS, DON DOCTOR, individually and doing business as Marlboroexpress.com and Nativeexpress.com, DENNIS KENNEDY, individually and doing business and Double D Smoke Shop, SOVEREIGNTY VENTURES, INC., DON DELAND, individually and doing business as Sovereignty Ventures, Inc., IROQOUIS TOBACCO COMPANY, SCOTT SNYDER, individually and doing business as Iroquois Tobacco Company, SIMON MOSHEL, an individual; MICHAEL MOSHEL, an individual, ROBERT BERARDELLI, an individual, and Does One Through Ten Inclusive

                                                Defendants.

------------------------------------X

CV-03-1161 (CPS)

MEMORANDUM OPINION AND ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 23 2006 ★
TIME P.M.
A.M. _____

     There having been no appearance on behalf of defendant Timothy Farnham, the application for a stay of the execution of the Judgment, Preliminary Injunction, and Order against Farnham is denied.

The Clerk is directed to transmit a copy of the within to all parties.

SO ORDERED.

Dated :   Brooklyn, New York
         January 18, 2006

                                         _____
                                         United States District Judge